(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **11-80730-CV-MIDDLEBROOKS/WHITE**

JuLius FranKLin RocKer, III

(Enter the full name of the plaintiff in this action)

v.

Ric L. Bradshaw, Palm Beach
County Sheriff.
Armor Correctional Health, Inc.

FILED by ___ D.C.

JUN 2 4 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. — MIAMI

cat / div **1983 / 550 / WPB**
Case # _____
Judge _____ Mag ___ PAW
Motn Ifp _Yes_ Fee pd $ _0_
Receipt # _____

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed.  If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet.  Both should be completed and filed with your complaint.

You will note that you are required to give facts.  THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, ~~301 North Miami Avenue Room 8N09,~~ 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I.     Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A.     Name of plaintiff: JuLius FranKLin Bocker, III

Inmate #: 0108523.

Address: UniT: 510 C; Palm Beach CounTy Jail ; P.O. Box 24716; W.P.B.; FL. 33416.

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use Item C for the names, positions, and places of employment for any additional defendants.

B.     Defendant: Ric L. Bradshaw

is employed as Palm Beach County Sheriff

at Palm Beach County.

C.     Additional Defendants: Armor Correctional Health, Inc.

_____

_____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

## II.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

(1.) Sheriff, Ric Bradshaw, is illegally deducting funds from my inmate account to pay the daily subsistence fee charged against said account to cover the cost of my incarceration. These funds are monetary support given to me by family and loved ones to assist me with the purchasing of quality hygiene products, food items, and personal correspondence materials. These funds are not from my personal income, nor assets; and the total amount(cost) of my incarceration is prepaid through taxation of Florida Residence, and through Government(U.S.) State Funding. (2) Armor Correctional Health, Inc., is illegally charging me for medical services rendered to me while incarcerated at the Palm Beach County Jail. These costs are prepaid through taxation of Florida Residence, and through U.S. Government State funding. (3) Other inmates (Federal and State) whom are similarly situated and housed at the Palm

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Beach County Jail, are not being charged the daily subsistence fee and medical costs.

## III.    Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I immediately want all funds that have been deducted from my inmate account (to cover the daily subsistence fees and medical costs) re-deposited into said account without any restrictions placed on these funds; and no further deductions for these fees and costs are to be deducted from said account without a court order and hearing on the matter.

## IV.    Jury Demand

Do you demand a jury trial?    ☑Yes    ☐No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this _____ 20 th _____ day of _____ June _____ , 20 11

_____ Julius Jr. Rocker, III _____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: _____ June 19, 2011 _____

_____ Julius Jr. Rocker, III _____
(Signature of Plaintiff)

Notary Public State of Florida
Charles V Cason
My Commission EE026935
Expires 09/19/2014

**RESIDENT ACCOUNT STATEMENT**                                      Page    1 of    6

Palm Beach County Sheriff's Office
06/16/2011 18:00
ST 7  |  OPR  OMB

```
Jacket Num        :  0108523
Resident Name     :  ROCKER, JULIUS FRANKLIN
Housing Location  :  M         S        S10       C
Statement Period  :  12/01/2010 - 06/16/2011
```

### STATEMENT SUMMARY

| | | |
|---|---:|---:|
| Beginning Balance : | | **$12.31** |
| **16** Deposits : | | **$1,076.55** |
| **138** Payments : | | **$1,088.85** |
| Ending Balance : | | **$0.01** |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| A5713372 | 12/01/2010 | 00:50 | Rec Payment | $3.00 | | $9.31 |
| A5716194 | 12/02/2010 | 00:50 | Rec Payment | $3.00 | | $6.31 |
| A5719001 | 12/03/2010 | 00:50 | Rec Payment | $3.00 | | $3.31 |
| W38665 | 12/03/2010 | 13:03 | Cashier-Cash | | $37.25 | $40.56 |
| A5721833 | 12/04/2010 | 00:50 | Rec Payment | $3.00 | | $37.56 |
| A5724674 | 12/05/2010 | 00:50 | Rec Payment | $3.00 | | $34.56 |
| V119678 | 12/05/2010 | 17:22 | Cashier-Cash | | $97.25 | $131.81 |
| A5727573 | 12/06/2010 | 00:50 | Rec Payment | $3.00 | | $128.81 |
| O930562 | 12/06/2010 | 07:20 | Order | $100.21 | | $28.60 |
| A5730444 | 12/07/2010 | 00:50 | Rec Payment | $3.00 | | $25.60 |
| A5733260 | 12/08/2010 | 00:50 | Rec Payment | $3.00 | | $22.60 |
| A5736015 | 12/09/2010 | 00:50 | Rec Payment | $3.00 | | $19.60 |
| A5738752 | 12/10/2010 | 00:50 | Rec Payment | $3.00 | | $16.60 |
| A5741528 | 12/11/2010 | 00:50 | Rec Payment | $3.00 | | $13.60 |
| A5744290 | 12/12/2010 | 00:50 | Rec Payment | $3.00 | | $10.60 |
| A5747154 | 12/13/2010 | 00:50 | Rec Payment | $3.00 | | $7.60 |
| O933684 | 12/13/2010 | 06:18 | Order | $7.39 | | $0.21 |
| A5749935 | 12/14/2010 | 00:50 | Rec Payment | $0.10 | | $0.11 |
| A5752646 | 12/15/2010 | 00:50 | Rec Payment | $0.05 | | $0.06 |
| A5755375 | 12/16/2010 | 00:50 | Rec Payment | $0.03 | | $0.03 |
| A5758167 | 12/17/2010 | 00:50 | Rec Payment | $0.01 | | $0.02 |
| A5760903 | 12/18/2010 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| A5771440 | 12/21/2010 | 04:50 | EF Commissary | | $50.00 | $50.01 |
| A5771441 | 12/21/2010 | 04:50 | Rec Payment | $23.80 | | $26.21 |
| A5771921 | 12/22/2010 | 00:50 | Rec Payment | $3.00 | | $23.21 |
| O939770 | 12/22/2010 | 06:28 | Order | $23.19 | | $0.02 |
| A5776761 | 12/23/2010 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| W39392 | 01/02/2011 | 13:31 | Cashier-Cash | | $37.25 | $37.26 |
| W39393 | 01/02/2011 | 13:31 | Rec Payment | $18.62 | | $18.64 |
| A5804023 | 01/03/2011 | 00:50 | Rec Payment | $3.00 | | $15.64 |

**RESIDENT ACCOUNT STATEMENT**                                        Page     2 of     6

Palm Beach County Sheriff's Office
06/16/2011 18:00
ST 7  │  OPR  OMB


```
Jacket Num       :  0108523
Resident Name    :  ROCKER, JULIUS FRANKLIN
Housing Location :  M         S        S10       C
Statement Period :  12/01/2010 - 06/16/2011
```

                                        STATEMENT SUMMARY

                                     Beginning Balance :        **$12.31**
                                   **16** Deposits :      **$1,076.55**
                                  **138** Payments :      **$1,088.85**
                                     Ending Balance    :         **$0.01**

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| O942757 | 01/03/2011 | 06:45 | Order | $15.10 | | $0.54 |
| A5806818 | 01/04/2011 | 00:50 | Rec Payment | $0.27 | | $0.27 |
| A5809586 | 01/05/2011 | 00:50 | Rec Payment | $0.13 | | $0.14 |
| A5812302 | 01/06/2011 | 00:50 | Rec Payment | $0.07 | | $0.07 |
| A5814995 | 01/07/2011 | 00:50 | Rec Payment | $0.03 | | $0.04 |
| V121920 | 01/07/2011 | 14:35 | Cashier-Cash | | $117.25 | $117.29 |
| V121921 | 01/07/2011 | 14:35 | Rec Payment | $25.87 | | $91.42 |
| A5817719 | 01/08/2011 | 00:50 | Rec Payment | $3.00 | | $88.42 |
| A5820469 | 01/09/2011 | 00:50 | Rec Payment | $3.00 | | $85.42 |
| A5823318 | 01/10/2011 | 00:50 | Rec Payment | $3.00 | | $82.42 |
| O945955 | 01/10/2011 | 06:22 | Order | $80.16 | | $2.26 |
| A5826127 | 01/11/2011 | 00:50 | Rec Payment | $1.13 | | $1.13 |
| A5828906 | 01/12/2011 | 00:50 | Rec Payment | $0.56 | | $0.57 |
| A5831647 | 01/13/2011 | 00:50 | Rec Payment | $0.28 | | $0.29 |
| A5834372 | 01/14/2011 | 00:50 | Rec Payment | $0.14 | | $0.15 |
| V122414 | 01/14/2011 | 14:26 | Cashier-Cash | | $77.25 | $77.40 |
| V122415 | 01/14/2011 | 14:26 | Rec Payment | $9.89 | | $67.51 |
| A5837128 | 01/15/2011 | 00:50 | Rec Payment | $3.00 | | $64.51 |
| A5839905 | 01/16/2011 | 00:50 | Rec Payment | $3.00 | | $61.51 |
| A5842722 | 01/17/2011 | 00:50 | Rec Payment | $3.00 | | $58.51 |
| O949853 | 01/17/2011 | 09:17 | Order | $58.07 | | $0.44 |
| A5845517 | 01/18/2011 | 00:50 | Rec Payment | $0.22 | | $0.22 |
| A5848313 | 01/19/2011 | 00:50 | Rec Payment | $0.11 | | $0.11 |
| A5851122 | 01/20/2011 | 00:50 | Rec Payment | $0.05 | | $0.06 |
| A5853901 | 01/21/2011 | 00:50 | Rec Payment | $0.03 | | $0.03 |
| A5856684 | 01/22/2011 | 00:50 | Rec Payment | $0.01 | | $0.02 |
| A5859502 | 01/23/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| V123124 | 01/23/2011 | 16:15 | Cashier-Cash | | $57.25 | $57.26 |
| V123125 | 01/23/2011 | 16:15 | Rec Payment | $17.57 | | $39.69 |
| A5862394 | 01/24/2011 | 00:50 | Rec Payment | $3.00 | | $36.69 |

**RESIDENT ACCOUNT STATEMENT**                                   Page    3  of   6

Palm Beach County Sheriff's Office
06/16/2011 18:01
ST  7   |   OPR   OMB

```
Jacket Num         :  0108523
Resident Name      :  ROCKER, JULIUS FRANKLIN
Housing Location :  M       S       S10     C
Statement Period :  12/01/2010 - 06/16/2011
```

**STATEMENT SUMMARY**

| | |
|---|---:|
| Beginning Balance : | **$12.31** |
| **16** Deposits : | **$1,076.55** |
| **138** Payments : | **$1,088.85** |
| Ending Balance    : | **$0.01** |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| O952017 | 01/24/2011 | 06:20 | Order | $35.17 | | $1.52 |
| A5865253 | 01/25/2011 | 00:50 | Rec Payment | $0.76 | | $0.76 |
| A5868035 | 01/26/2011 | 00:50 | Rec Payment | $0.38 | | $0.38 |
| A5870846 | 01/27/2011 | 00:50 | Rec Payment | $0.19 | | $0.19 |
| A5873621 | 01/28/2011 | 00:50 | Rec Payment | $0.09 | | $0.10 |
| A5876423 | 01/29/2011 | 00:50 | Rec Payment | $0.05 | | $0.05 |
| A5879234 | 01/30/2011 | 00:50 | Rec Payment | $0.02 | | $0.03 |
| V123642 | 01/30/2011 | 11:48 | Cashier-Cash | | $97.25 | $97.28 |
| V123643 | 01/30/2011 | 11:48 | Rec Payment | $16.51 | | $80.77 |
| A5882130 | 01/31/2011 | 00:50 | Rec Payment | $3.00 | | $77.77 |
| O955188 | 01/31/2011 | 06:42 | Order | $75.63 | | $2.14 |
| A5884982 | 02/01/2011 | 00:50 | Rec Payment | $1.07 | | $1.07 |
| A5887808 | 02/02/2011 | 00:50 | Rec Payment | $0.53 | | $0.54 |
| A5890610 | 02/03/2011 | 00:50 | Rec Payment | $0.27 | | $0.27 |
| A5893379 | 02/04/2011 | 00:50 | Rec Payment | $0.13 | | $0.14 |
| A5896225 | 02/05/2011 | 00:50 | Rec Payment | $0.07 | | $0.07 |
| V124283 | 02/05/2011 | 14:55 | Cashier-Cash | | $102.25 | $102.32 |
| V124284 | 02/05/2011 | 14:55 | Rec Payment | $12.93 | | $89.39 |
| A5899083 | 02/06/2011 | 00:50 | Rec Payment | $3.00 | | $86.39 |
| A5902021 | 02/07/2011 | 00:50 | Rec Payment | $3.00 | | $83.39 |
| O958103 | 02/07/2011 | 06:38 | Order | $78.79 | | $4.60 |
| A5904886 | 02/08/2011 | 00:50 | Rec Payment | $2.30 | | $2.30 |
| A5907694 | 02/09/2011 | 00:50 | Rec Payment | $1.15 | | $1.15 |
| A5910495 | 02/10/2011 | 00:50 | Rec Payment | $0.57 | | $0.58 |
| A5913275 | 02/11/2011 | 00:50 | Rec Payment | $0.29 | | $0.29 |
| A5916051 | 02/12/2011 | 00:50 | Rec Payment | $0.14 | | $0.15 |
| A5918830 | 02/13/2011 | 00:50 | Rec Payment | $0.07 | | $0.08 |
| A5921738 | 02/14/2011 | 00:50 | Rec Payment | $0.04 | | $0.04 |
| A5924573 | 02/15/2011 | 00:50 | Rec Payment | $0.02 | | $0.02 |
| A5927349 | 02/16/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |

**RESIDENT ACCOUNT STATEMENT**                                    Page    4 of    6

Palm Beach County Sheriff's Office
06/16/2011 18:01
ST 7   │   OPR  OMB

```
Jacket Num        :  0108523
Resident Name     :  ROCKER, JULIUS FRANKLIN
Housing Location :  M      S      S10      C
Statement Period :  12/01/2010 - 06/16/2011
```

**STATEMENT SUMMARY**

| | |
|---|---:|
| Beginning Balance : | **$12.31** |
| **16** Deposits : | **$1,076.55** |
| **138** Payments : | **$1,088.85** |
| Ending Balance    : | **$0.01** |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| V125695 | 02/20/2011 | 14:08 | Cashier-Cash | | $107.25 | $107.26 |
| V125696 | 02/20/2011 | 14:08 | Rec Payment | $34.41 | | $72.85 |
| A5941285 | 02/21/2011 | 00:50 | Rec Payment | $3.00 | | $69.85 |
| O964270 | 02/21/2011 | 06:52 | Order | $69.78 | | $0.07 |
| A5944109 | 02/22/2011 | 00:50 | Rec Payment | $0.03 | | $0.04 |
| O966211 | 02/22/2011 | 14:07 | Order | $0.00 | | $0.04 |
| A5946883 | 02/23/2011 | 00:50 | Rec Payment | $0.02 | | $0.02 |
| A5949621 | 02/24/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| V126095 | 02/24/2011 | 14:09 | Cashier-Cash | | $147.25 | $147.26 |
| V126096 | 02/24/2011 | 14:09 | Rec Payment | $8.94 | | $138.32 |
| A5952336 | 02/25/2011 | 00:50 | Rec Payment | $3.00 | | $135.32 |
| W40750 | 02/25/2011 | 13:48 | Cashier-Cash | | $27.25 | $162.57 |
| A5955052 | 02/26/2011 | 00:50 | Rec Payment | $3.00 | | $159.57 |
| A5957794 | 02/27/2011 | 00:50 | Rec Payment | $3.00 | | $156.57 |
| A5960616 | 02/28/2011 | 00:50 | Rec Payment | $3.00 | | $153.57 |
| O967417 | 02/28/2011 | 06:45 | Order | $79.84 | | $73.73 |
| A5963376 | 03/01/2011 | 00:50 | Rec Payment | $3.00 | | $70.73 |
| A5966102 | 03/02/2011 | 00:50 | Rec Payment | $3.00 | | $67.73 |
| A5968806 | 03/03/2011 | 00:50 | Rec Payment | $3.00 | | $64.73 |
| A5971467 | 03/04/2011 | 00:50 | Rec Payment | $3.00 | | $61.73 |
| A5974166 | 03/05/2011 | 00:50 | Rec Payment | $3.00 | | $58.73 |
| A5976916 | 03/06/2011 | 00:50 | Rec Payment | $3.00 | | $55.73 |
| A5979741 | 03/07/2011 | 00:50 | Rec Payment | $3.00 | | $52.73 |
| O970384 | 03/07/2011 | 11:16 | Order | $45.52 | | $7.21 |
| A5982541 | 03/08/2011 | 00:50 | Rec Payment | $3.00 | | $4.21 |
| A5985253 | 03/09/2011 | 00:50 | Rec Payment | $2.10 | | $2.11 |
| C840794 | 03/09/2011 | 02:39 | Rec Payment | $1.05 | | $1.06 |
| A5987975 | 03/10/2011 | 00:50 | Rec Payment | $0.53 | | $0.53 |
| A5990692 | 03/11/2011 | 00:50 | Rec Payment | $0.26 | | $0.27 |
| A5993448 | 03/12/2011 | 00:50 | Rec Payment | $0.13 | | $0.14 |

**RESIDENT ACCOUNT STATEMENT**                                      Page     5 of    6

Palm Beach County Sheriff's Office
06/16/2011 18:01
ST  7   |   OPR   OMB

```
Jacket Num        :  0108523
Resident Name     :  ROCKER, JULIUS FRANKLIN
Housing Location  :  M         S        S10       C
Statement Period  :  12/01/2010 - 06/16/2011
```

**STATEMENT SUMMARY**

| | |
|---|---:|
| Beginning Balance : | **$12.31** |
| **16** Deposits : | **$1,076.55** |
| **138** Payments : | **$1,088.85** |
| Ending Balance    : | **$0.01** |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| A5996183 | 03/13/2011 | 00:50 | Rec Payment | $0.07 | | $0.07 |
| A5999064 | 03/14/2011 | 00:50 | Rec Payment | $0.03 | | $0.04 |
| A6001856 | 03/15/2011 | 00:50 | Rec Payment | $0.02 | | $0.02 |
| A6004608 | 03/16/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| O981788 | 04/04/2011 | 07:08 | Order | $0.00 | | $0.01 |
| O985088 | 04/11/2011 | 07:57 | Order | $0.00 | | $0.01 |
| O988536 | 04/19/2011 | 07:25 | Order | $0.00 | | $0.01 |
| AL40 | 04/24/2011 | 15:05 | Cashier-Cash | | $40.05 | $40.06 |
| AL41 | 04/24/2011 | 15:05 | Rec Payment | $20.02 | | $20.04 |
| A6112522 | 04/25/2011 | 00:50 | Rec Payment | $3.00 | | $17.04 |
| A6115279 | 04/26/2011 | 00:50 | Rec Payment | $3.00 | | $14.04 |
| O991275 | 04/26/2011 | 06:57 | Order | $13.96 | | $0.08 |
| A6117992 | 04/27/2011 | 00:50 | Rec Payment | $0.04 | | $0.04 |
| A6120666 | 04/28/2011 | 00:50 | Rec Payment | $0.02 | | $0.02 |
| A6123305 | 04/29/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |
| O999254 | 05/17/2011 | 07:03 | Order | $0.00 | | $0.01 |
| AL126 | 05/21/2011 | 10:47 | Cashier-Cash | | $37.25 | $37.26 |
| AL127 | 05/21/2011 | 10:47 | Rec Payment | $18.62 | | $18.64 |
| A6185061 | 05/22/2011 | 00:50 | Rec Payment | $3.00 | | $15.64 |
| A6187810 | 05/23/2011 | 00:50 | Rec Payment | $3.00 | | $12.64 |
| A6190487 | 05/24/2011 | 00:50 | Rec Payment | $3.00 | | $9.64 |
| O1002230 | 05/24/2011 | 06:52 | Order | $9.64 | | $0.00 |
| AK5960 | 06/08/2011 | 12:39 | Cashier-Cash | | $27.25 | $27.25 |
| AK5961 | 06/08/2011 | 12:39 | Rec Payment | $13.62 | | $13.63 |
| AL201 | 06/08/2011 | 14:57 | Cashier-Cash | | $17.25 | $30.88 |
| AL202 | 06/08/2011 | 14:57 | Rec Payment | $8.62 | | $22.26 |
| A6234370 | 06/09/2011 | 00:50 | Rec Payment | $3.00 | | $19.26 |
| O1008928 | 06/09/2011 | 06:02 | Order | $18.75 | | $0.51 |
| A6237046 | 06/10/2011 | 00:50 | Rec Payment | $0.25 | | $0.26 |
| A6239794 | 06/11/2011 | 00:50 | Rec Payment | $0.13 | | $0.13 |

**RESIDENT ACCOUNT STATEMENT**                                      Page      6 of      6

Palm Beach County Sheriff's Office
06/16/2011 18:02
ST  7   |   OPR  OMB

```
Jacket Num        :  0108523
Resident Name     :  ROCKER, JULIUS FRANKLIN
Housing Location  :  M        S        S10       C
Statement Period  :  12/01/2010 - 06/16/2011
```

                                          STATEMENT SUMMARY

                                   Beginning Balance  :          $12.31
                                  **16** Deposits  :        $1,076.55
                                 **138** Payments  :        $1,088.85
                                   Ending Balance    :           $0.01

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|-----------|------|------|-------------|----------|----------|---------|
| A6242573 | 06/12/2011 | 00:50 | Rec Payment | $0.06 | | $0.07 |
| A6245393 | 06/13/2011 | 00:50 | Rec Payment | $0.03 | | $0.04 |
| A6248184 | 06/14/2011 | 00:50 | Rec Payment | $0.02 | | $0.02 |
| A6251006 | 06/15/2011 | 00:50 | Rec Payment | $0.01 | | $0.01 |

**RESIDENT RECEIVABLE REPORT**                                                           Page     1  of     9

Palm Beach County Sheriff's Office
06/16/2011 18:03
ST  7  |  OPR  OMB

```
Jacket Num      :  0108523
Resident Name   :  ROCKER, JULIUS FRANKLIN
Time Frame      :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 12/01/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5713372 |
| 12/01/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5713372 |
| 12/02/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5716194 |
| 12/02/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5716194 |
| 12/03/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5719001 |
| 12/03/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5719001 |
| 12/04/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5721833 |
| 12/04/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5721833 |
| 12/05/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5724674 |
| 12/05/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5724674 |
| 12/06/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5727573 |
| 12/06/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5727573 |
| 12/07/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5730444 |
| 12/07/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5730444 |
| 12/08/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5733260 |
| 12/08/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5733260 |
| 12/09/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5736015 |
| 12/09/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5736015 |
| 12/10/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5738752 |
| 12/10/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5738752 |
| 12/11/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5741528 |
| 12/11/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5741528 |
| 12/12/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5744290 |
| 12/12/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5744290 |
| 12/13/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5747154 |
| 12/13/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5747154 |
| 12/14/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5749935 |
| 12/14/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.10 | cobra | A5749935 |
| 12/15/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5752646 |
| 12/15/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.05 | cobra | A5752646 |
| 12/16/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5755375 |
| 12/16/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A5755375 |
| 12/17/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5758167 |
| 12/17/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5758167 |
| 12/18/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5760903 |
| 12/18/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5760903 |
| 12/19/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5763611 |

**RESIDENT RECEIVABLE REPORT**                                      Page    2  of    9

Palm Beach County Sheriff's Office
06/16/2011 18:04
ST  7  |  OPR  OMB

```
Jacket Num     :  0108523
Resident Name  :  ROCKER, JULIUS FRANKLIN
Time Frame     :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|--------|-----|-----------|
| 12/20/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5766422 |
| 12/21/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5769181 |
| 12/21/2010 | 04:50 | Subsistence | Receivable Payment-Resident | $23.80 | cobra | A5771441 |
| 12/22/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5771921 |
| 12/22/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5771921 |
| 12/23/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5776761 |
| 12/23/2010 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5776761 |
| 12/24/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5777225 |
| 12/25/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5779880 |
| 12/26/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5782537 |
| 12/27/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5785257 |
| 12/28/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5787941 |
| 12/29/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5790576 |
| 12/30/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5793218 |
| 12/31/2010 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5795885 |
| 01/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5798570 |
| 01/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5801245 |
| 01/02/2011 | 13:31 | Subsistence | Receivable Payment-Resident | $18.62 | cobra | W39393 |
| 01/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5804023 |
| 01/03/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5804023 |
| 01/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5806818 |
| 01/04/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.27 | cobra | A5806818 |
| 01/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5809586 |
| 01/05/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.13 | cobra | A5809586 |
| 01/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5812302 |
| 01/06/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.07 | cobra | A5812302 |
| 01/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5814995 |
| 01/07/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A5814995 |
| 01/07/2011 | 14:35 | Subsistence | Receivable Payment-Resident | $25.87 | cobra | V121921 |
| 01/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5817719 |
| 01/08/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5817719 |
| 01/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5820469 |
| 01/09/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5820469 |
| 01/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5823318 |
| 01/10/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5823318 |
| 01/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5826127 |
| 01/11/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $1.13 | cobra | A5826127 |

**RESIDENT RECEIVABLE REPORT**

Palm Beach County Sheriff's Office
06/16/2011 18:04
ST  7  │  OPR  OMB

```
Jacket Num     :  0108523
Resident Name  :  ROCKER, JULIUS FRANKLIN
Time Frame     :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|-----------------|--------|-----|-----------|
| 01/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5828906 |
| 01/12/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.56 | cobra | A5828906 |
| 01/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5831647 |
| 01/13/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.28 | cobra | A5831647 |
| 01/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5834372 |
| 01/14/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.14 | cobra | A5834372 |
| 01/14/2011 | 14:26 | Subsistence | Receivable Payment-Resident | $9.89 | cobra | V122415 |
| 01/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5837128 |
| 01/15/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5837128 |
| 01/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5839905 |
| 01/16/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5839905 |
| 01/17/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5842722 |
| 01/17/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5842722 |
| 01/18/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5845517 |
| 01/18/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.22 | cobra | A5845517 |
| 01/19/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5848313 |
| 01/19/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.11 | cobra | A5848313 |
| 01/20/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5851122 |
| 01/20/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.05 | cobra | A5851122 |
| 01/21/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5853901 |
| 01/21/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A5853901 |
| 01/22/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5856684 |
| 01/22/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5856684 |
| 01/23/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5859502 |
| 01/23/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5859502 |
| 01/23/2011 | 16:15 | Subsistence | Receivable Payment-Resident | $17.57 | cobra | V123125 |
| 01/24/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5862394 |
| 01/24/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5862394 |
| 01/25/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5865253 |
| 01/25/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.76 | cobra | A5865253 |
| 01/26/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5868035 |
| 01/26/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.38 | cobra | A5868035 |
| 01/27/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5870846 |
| 01/27/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.19 | cobra | A5870846 |
| 01/28/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5873621 |
| 01/28/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.09 | cobra | A5873621 |
| 01/29/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5876423 |

**RESIDENT RECEIVABLE REPORT**                                    Page    4  of   9

Palm Beach County Sheriff's Office
06/16/2011 18:04
ST  7  │  OPR  OMB

Jacket Num      :  0108523
Resident Name   :  ROCKER, JULIUS FRANKLIN
Time Frame      :  12/01/2010 - 06/16/2011

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|--------|-----|-----------|
| 01/29/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.05 | cobra | A5876423 |
| 01/30/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5879234 |
| 01/30/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A5879234 |
| 01/30/2011 | 11:48 | Subsistence | Receivable Payment-Resident | $16.51 | cobra | V123643 |
| 01/31/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5882130 |
| 01/31/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5882130 |
| 02/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5884982 |
| 02/01/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $1.07 | cobra | A5884982 |
| 02/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5887808 |
| 02/02/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.53 | cobra | A5887808 |
| 02/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5890610 |
| 02/03/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.27 | cobra | A5890610 |
| 02/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5893379 |
| 02/04/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.13 | cobra | A5893379 |
| 02/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5896225 |
| 02/05/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.07 | cobra | A5896225 |
| 02/05/2011 | 14:55 | Subsistence | Receivable Payment-Resident | $12.93 | cobra | V124284 |
| 02/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5899083 |
| 02/06/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5899083 |
| 02/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5902021 |
| 02/07/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5902021 |
| 02/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5904886 |
| 02/08/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $2.30 | cobra | A5904886 |
| 02/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5907694 |
| 02/09/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $1.15 | cobra | A5907694 |
| 02/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5910495 |
| 02/10/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.57 | cobra | A5910495 |
| 02/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5913275 |
| 02/11/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.29 | cobra | A5913275 |
| 02/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5916051 |
| 02/12/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.14 | cobra | A5916051 |
| 02/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5918830 |
| 02/13/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.07 | cobra | A5918830 |
| 02/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5921738 |
| 02/14/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.04 | cobra | A5921738 |
| 02/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5924573 |
| 02/15/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A5924573 |

**RESIDENT RECEIVABLE REPORT**                                         Page     5 of     9

Palm Beach County Sheriff's Office
06/16/2011 18:05
ST  7  |  OPR  OMB

```
Jacket Num       :  0108523
Resident Name    :  ROCKER, JULIUS FRANKLIN
Time Frame       :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|------------|------------------|--------|-----|-----------|
| 02/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5927349 |
| 02/16/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5927349 |
| 02/17/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5930091 |
| 02/18/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5932816 |
| 02/19/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5935595 |
| 02/20/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5938382 |
| 02/20/2011 | 14:08 | Subsistence | Receivable Payment-Resident | $34.41 | cobra | V125696 |
| 02/21/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5941285 |
| 02/21/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5941285 |
| 02/22/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5944109 |
| 02/22/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A5944109 |
| 02/23/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5946883 |
| 02/23/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A5946883 |
| 02/24/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5949621 |
| 02/24/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A5949621 |
| 02/24/2011 | 14:09 | Subsistence | Receivable Payment-Resident | $8.94 | cobra | V126096 |
| 02/25/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5952336 |
| 02/25/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5952336 |
| 02/26/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5955052 |
| 02/26/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5955052 |
| 02/27/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5957794 |
| 02/27/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5957794 |
| 02/28/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5960616 |
| 02/28/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5960616 |
| 03/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5963376 |
| 03/01/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5963376 |
| 03/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5966102 |
| 03/02/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5966102 |
| 03/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5968806 |
| 03/03/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5968806 |
| 03/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5971467 |
| 03/04/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5971467 |
| 03/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5974166 |
| 03/05/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5974166 |
| 03/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5976916 |
| 03/06/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5976916 |
| 03/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5979741 |

**RESIDENT RECEIVABLE REPORT**                                         Page    6 of    9

Palm Beach County Sheriff's Office
06/16/2011 18:05
ST  7  |  OPR  OMB

```
Jacket Num     :  0108523
Resident Name  :  ROCKER, JULIUS FRANKLIN
Time Frame     :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|--------|-----|-----------|
| 03/07/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5979741 |
| 03/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5982541 |
| 03/08/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A5982541 |
| 03/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5985253 |
| 03/09/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $2.10 | cobra | A5985253 |
| 03/09/2011 | 02:39 | Dental Clinic | Receivable Charge | $10.00 | AML | C840794 |
| 03/09/2011 | 02:39 | Prescriptions | Receivable Charge | $7.00 | AML | C840794 |
| 03/09/2011 | 02:39 | Prescriptions | Receivable Payment-Resident | $1.05 | AML | C840794 |
| 03/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5987975 |
| 03/10/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.53 | cobra | A5987975 |
| 03/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5990692 |
| 03/11/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.26 | cobra | A5990692 |
| 03/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5993448 |
| 03/12/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.13 | cobra | A5993448 |
| 03/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5996183 |
| 03/13/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.07 | cobra | A5996183 |
| 03/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A5999064 |
| 03/14/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A5999064 |
| 03/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6001856 |
| 03/15/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A6001856 |
| 03/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6004608 |
| 03/16/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A6004608 |
| 03/17/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6007316 |
| 03/18/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6009946 |
| 03/19/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6012614 |
| 03/20/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6015311 |
| 03/21/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6018091 |
| 03/22/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6020800 |
| 03/23/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6023521 |
| 03/24/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6026216 |
| 03/25/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6028893 |
| 03/26/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6031586 |
| 03/27/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6034281 |
| 03/28/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6037039 |
| 03/29/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6039788 |
| 03/30/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6042464 |
| 03/31/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6045126 |

**RESIDENT RECEIVABLE REPORT**                                                                    Page      7 of      9

Palm Beach County Sheriff's Office
06/16/2011 18:06
ST  7   |   OPR   OMB

```
Jacket Num      :   0108523
Resident Name   :   ROCKER, JULIUS FRANKLIN
Time Frame      :   12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|-------|-----|-----------|
| 04/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6047746 |
| 04/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6050399 |
| 04/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6053069 |
| 04/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6055840 |
| 04/04/2011 | 07:08 | Indigent | Order-Swanson-Indigent | $2.63 | jab | O981788 |
| 04/04/2011 | 07:08 | Indigent | Receivable Write off | $2.63 | jab | O981789 |
| 04/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6058566 |
| 04/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6061239 |
| 04/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6063891 |
| 04/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6066498 |
| 04/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6069156 |
| 04/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6071821 |
| 04/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6074592 |
| 04/11/2011 | 07:57 | Indigent | Order-Swanson-Indigent | $1.39 | srqbd | O985088 |
| 04/11/2011 | 07:57 | Indigent | Receivable Write off | $1.39 | srqbd | O985089 |
| 04/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6077331 |
| 04/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6080075 |
| 04/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6082737 |
| 04/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6085376 |
| 04/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6088034 |
| 04/17/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6090746 |
| 04/18/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6093564 |
| 04/19/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6096367 |
| 04/19/2011 | 07:25 | Indigent | Order-Swanson-Indigent | $1.94 | jab | O988536 |
| 04/19/2011 | 07:25 | Indigent | Receivable Write off | $1.94 | jab | O988537 |
| 04/20/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6099090 |
| 04/21/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6101755 |
| 04/22/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6104386 |
| 04/23/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6107043 |
| 04/24/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6109740 |
| 04/24/2011 | 15:05 | Subsistence | Receivable Payment-Resident | $4.07 | cobra | AL41 |
| 04/24/2011 | 15:05 | Dental Clinic | Receivable Payment-Resident | $10.00 | cobra | AL41 |
| 04/24/2011 | 15:05 | Prescriptions | Receivable Payment-Resident | $5.95 | cobra | AL41 |
| 04/25/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6112522 |
| 04/25/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6112522 |
| 04/26/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6115279 |
| 04/26/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6115279 |

**RESIDENT RECEIVABLE REPORT**                                    Page    8  of    9

Palm Beach County Sheriff's Office
06/16/2011 18:06
ST  7  |  OPR  OMB

```
Jacket Num     :  0108523
Resident Name  :  ROCKER, JULIUS FRANKLIN
Time Frame     :  12/01/2010 - 06/16/2011
```

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|-------:|-----|-----------|
| 04/27/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6117992 |
| 04/27/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.04 | cobra | A6117992 |
| 04/28/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6120666 |
| 04/28/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A6120666 |
| 04/29/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6123305 |
| 04/29/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A6123305 |
| 04/30/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6125939 |
| 05/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6128605 |
| 05/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6131341 |
| 05/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6134034 |
| 05/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6136707 |
| 05/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6139339 |
| 05/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6141952 |
| 05/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6144579 |
| 05/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6147243 |
| 05/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6149993 |
| 05/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6152693 |
| 05/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6155384 |
| 05/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6158066 |
| 05/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6160703 |
| 05/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6163372 |
| 05/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6166085 |
| 05/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6168872 |
| 05/17/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6171613 |
| 05/17/2011 | 07:03 | Indigent | Order-Swanson-Indigent | $2.63 | jab | O999254 |
| 05/17/2011 | 07:03 | Indigent | Receivable Write off | $2.63 | jab | O999255 |
| 05/18/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6174360 |
| 05/19/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6177066 |
| 05/20/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6179738 |
| 05/21/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6182395 |
| 05/21/2011 | 10:47 | Subsistence | Receivable Payment-Resident | $18.62 | cobra | AL127 |
| 05/22/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6185061 |
| 05/22/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6185061 |
| 05/23/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6187810 |
| 05/23/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6187810 |
| 05/24/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6190487 |
| 05/24/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6190487 |

**RESIDENT RECEIVABLE REPORT**                     Page    9 of    9

Palm Beach County Sheriff's Office
06/16/2011 18:07
ST 7  |  OPR  OMB

Jacket Num     :  0108523
Resident Name  :  ROCKER, JULIUS FRANKLIN
Time Frame     :  12/01/2010 - 06/16/2011

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|---|---|---|---|---|---|---|
| 05/25/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6193204 |
| 05/26/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6195850 |
| 05/27/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6198516 |
| 05/28/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6201183 |
| 05/29/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6203891 |
| 05/30/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6206655 |
| 05/31/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6209483 |
| 06/01/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6212299 |
| 06/02/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6215013 |
| 06/03/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6217742 |
| 06/04/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6220476 |
| 06/05/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6223232 |
| 06/06/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6226072 |
| 06/07/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6228877 |
| 06/08/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6231659 |
| 06/08/2011 | 12:39 | Subsistence | Receivable Payment-Resident | $13.62 | cobra | AK5961 |
| 06/08/2011 | 14:57 | Subsistence | Receivable Payment-Resident | $8.62 | cobra | AL202 |
| 06/09/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6234370 |
| 06/09/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $3.00 | cobra | A6234370 |
| 06/10/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6237046 |
| 06/10/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.25 | cobra | A6237046 |
| 06/11/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6239794 |
| 06/11/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.13 | cobra | A6239794 |
| 06/12/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6242573 |
| 06/12/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.06 | cobra | A6242573 |
| 06/13/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6245393 |
| 06/13/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.03 | cobra | A6245393 |
| 06/14/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6248184 |
| 06/14/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.02 | cobra | A6248184 |
| 06/15/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6251006 |
| 06/15/2011 | 00:50 | Subsistence | Receivable Payment-Resident | $0.01 | cobra | A6251006 |
| 06/16/2011 | 00:50 | Subsistence | Receivable Charge | $3.00 | cobra | A6253752 |